IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
JUL 18 2016
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 3:16-MJ-178(DJN) |
| ) | |
| FRANKIE A. JOHNSON ) | |
| And ) | 18 U.S.C. § 641, Theft of Government |
| WILLIAM E. HALL, SR. ) | Property (Counts One and Two) |
| Defendants. ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Misdemeanor - Theft of Property Belonging to the United States)

From on or about the 1st day of September 2009, thru on or about the 30th Day of September 2012, in the Eastern District of Virginia, the defendant, FRANKIE A. JOHNSON, did knowingly embezzle, steal, purloin, and knowingly convert to his use or the use of another, and without authority, sell, convey and dispose a record, voucher, money, or thing of value of the United States or of any department or agency thereof, a misdemeanor.

(In violation of Title 18, United States Code, Section 641).

### COUNT TWO
(Misdemeanor - Theft of Property Belonging to the United States)

From on or about the 1st day of November 2011, thru on or about the 30th Day of November 2012, in the Eastern District of Virginia, the defendant, WILLIAM E. HALL, SR., did knowingly embezzle, steal, purloin, and knowingly convert to his use or the use of another, and without authority, sell, convey and dispose a record, voucher, money, or thing of value of the

United States or of any department or agency thereof, a misdemeanor.

(In violation of Title 18, United States Code, Section 641).

## FORFEITURE ALLEGATION

Pursuant to Federal Rule of Criminal Procedure 32.2, the defendants are hereby notified that upon conviction of the offense alleged in this Information, the defendants shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense charged. Property subject to forfeiture includes, but is not limited to, the following:

> **The sum of at least $17,377.60, representing the proceeds of the offense charged against DEFENDANT FRANKIE A. JOHNSON, to be offset by the forfeiture of any specific property, constituting substitute assets for the proceeds; and,**

> **The sum of at least $16,382.50, representing the proceeds of the offense charged against DEFENDANT WILLIAM E. HALL, SR., to be offset by the forfeiture of any specific property, constituting substitute assets for the proceeds; and,**

If property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In violation of Title 18, United States Code, Section 981(a)(1)(C), incorporated by Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p), incorporated by Title 28, United States Code, Section 2461(c).)

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Stephen E. Anthony
Assistant United States Attorney