MISDEMEANOR PROCEEDINGS

DATE: 7-25-16   CASE NO: 3:16MJ178 (DJN)
JUDGE: NOVAK   TAPE: FTR

UNITED STATES OF AMERICA

v.

William E. Hall, Sr. Edward
68 yrs old

INITIAL/PRELIMINARY HEARING ( ✓ )
ARRAIGNMENT/TRIAL ( )
PROBATION/IDENTITY ( )
RULE 5(A) BOND HEARING ( )
SENTENCING ( ✓ )
OTHER ___plea___ ( ✓ )

WITNESS (ES): _____

AUSA Stephen E. Anthony
COUNSEL James T. Maloney

INTERPRETER _____

**ARRAIGNMENT PROCEEDINGS:**

STATEMENT OF RIGHTS AND WAIVER, EXECUTED ( ✓ )
DEFT. ADVISED OF CHARGES/PENALTIES/RIGHTS ( ✓ )
FINANCIAL AFFIDAVIT, SUBMITTED FOR APPROVAL ( )
CJA COUNSEL TO BE APPOINTED ( )
GOVT'S MOTION TO AMEND CT. ___ TO _____, GRANTED ( )
DEFT. ENTERED PLEA OF _____ ( )
DEFT. WAIVED/REQUESTED TRIAL BY JURY ( )
GOVT/DEFT'S MOTION FOR CONTINUANCE, GRANTED ( )
DEFT. FAILED TO APPEAR ( )
GOVT'S MOTION FOR WARRANT, GRANTED PENDING FINDING OF PROBABLE CAUSE ( )
GOVT'S MOTION TO DISMISS _____, GRANTED ( )
MOTIONS FILED WITHIN ___ DAYS ( )   RESPONSES WITHIN ___ DAYS ( )
REPLY WITHIN ___ DAYS ( )   JURY INSTRUCTIONS FILED 7 DAYS PRIOR TO TRIAL ( )

**TRIAL PROCEEDINGS:**

OPENING STATEMENTS ( )
WITNESS EXCLUDED ON MOTION OF _____ ( )
GOVT. ADDUCED EVIDENCE, RESTED ( )
DEFT ADDUCED EVIDENCE, RESTED ( )
REBUTTAL EVIDENCE ( )
CLOSING ARGUMENTS ( )
FINDINGS STATED FROM THE BENCH ( )
     JUDGMENT:   NOT GUILTY AS TO COUNTS ( ) _____
                 GUILTY AS TO COUNTS ( ) _____

**MOTIONS PROCEEDINGS:**

GOVT. ADDUCED EVIDENCE, RESTED ( )
DEFT. ADDUCED EVIDENCE RESTED ( )
REBUTTAL EVIDENCE, ADDUCED ( )
ARGUMENTS ( )
FINDINGS STATED FROM THE BENCH ( )   MATTER TAKEN UNDER ADVISEMENT ( )
ADDITIONAL BRIEFING: MOTION GRANTED ( )   MOTION DENIED ( )

CASE SET: 10:30   BEGAN: 10:32   ENDED: 10:49   TIME IN COURT: 17

**GUILTY PLEA PROCEEDINGS**:
DEFT. WITHDREW PLEA OF NOT GUILTY AS TO COUNTS _____ ( )
DEFT. ARRAIGNED/~~REARRAIGNED~~ ON COUNT(S) 2 _____ (✓)
PLEA BARGAIN AGREEMENT, FILED ( )
STATEMENTS OF FACTS, FILED (✓)  USED AS SUMMARY (✓)
DEFT ENTERED PLEA OF GUILTY AS TO COUNT (S) 2 _____ (✓)
COURT ACCEPTED PLEA (✓)  GOVT SUMMARIZED EVIDENCE (✓)

**JUDGMENT**:
DEFT. GUILTY AS CHARGED IN COUNT(S) 2 _____ (✓)
PRESENTENCE REPORT ORDER ( )  P.S.I. WAIVED (✓)

**SENTENCING**:  ARGUMENTS HEARD ( )  OBJECTIONS TO PSR ( ) _____

COUNT 1  IMPRISONMENT ____ DAYS/MONTHS  CONCURRENT ( )  CONSECUTIVE ( )
         TIME SERVED ( )       CREDIT FOR TIME SERVED ON THIS CHARGE ( )
         SUPERVISED RELEASE ____ MONTHS/YEARS
         PROBATION 5 ~~MONTHS~~ YEARS OL 60 months
         FINE $ _____  FINE NOT IMPOSED (✓)
         SPECIAL ASSESSMENT $ 25.00       RESTITUTION $ 16,382.50 @ 200.00 MONTH
         MATTER TAKEN UNDER ADVISEMENT FOR _____ ( )

COUNT ____  IMPRISONMENT ____ DAYS/MONTHS  CONCURRENT ( )  CONSECUTIVE ( )
            TIME SERVED ( )       CREDIT FOR TIME SERVED ON THIS CHARGE ( )
            SUPERVISED RELEASE ____ MONTHS/YEARS
            PROBATION ____ MONTHS
            FINE $ _____  FINE NOT IMPOSED ( )
            SPECIAL ASSESSMENT $ _____   RESTITUTION $ _____
            MATTER TAKEN UNDER ADVISEMENT FOR _____ ( )

COUNT ____  IMPRISONMENT ____ DAYS/MONTHS  CONCURRENT ( )  CONSECUTIVE ( )
            TIME SERVED ( )       CREDIT FOR TIME SERVED ON THIS CHARGE ( )
            SUPERVISED RELEASE ____ MONTHS/YEARS
            PROBATION ____ MONTHS
            FINE $ _____  FINE NOT IMPOSED ( )
            SPECIAL ASSESSMENT $ _____   RESTITUTION $ _____
            MATTER TAKEN UNDER ADVISEMENT FOR _____ ( )

FINE TO BE PAID BY END OF SUPERVISION

RESTITITUION VICTIM: _____
_____
_____

DEFENDANT ADVISED OF RIGHT OF APPEAL WITHIN 14 DAYS (✓)

DEFT RELEASED ON PR BOND ( )       DEFT CONTINUED ON BOND ( )
DEFT REMANDED TO CUSTODY ( )       DEFT DIRECTED TO APPEAR ( )

LICENSE SUSPENDED FOR ____ DAY(S)/YEAR  EFFECTIVE _____ ASAP ( )

    RESTRICTED LICENSE:
    TO AND FROM WORK ( )        ASAP ( )
    DURING WORK, IF REQUIRED ( )  PROBATION ( )
    NECESSARY MEDICAL ( )       TRANSPORT CHILDREN ( )      TO JAIL ( )

OL  8
CH  1
GR  0 - 6 mos
FINE $ 2,000.00 TO $ 20,000.00

CONTINUED TO _____, 20___ AT _____ .M. FOR _____

**SPECIAL CONDITIONS**: PROBATION/SUPERVISED RELEASE:
( ) INCUR NO NEW CREDIT WITHOUT APPROVAL OF PROBATION OFFICER
(X) PEFORM COMMUNITY SERVICE __50__ HOURS DURING PERIOD OF SUPERVISION  w|iN 12 mos.
( ) PARTICIPATE IN DRUG/ALCOHOL TREATMENT; ___ PAY COST OF TREATMENT
( ) PARTICIPATE IN MENTAL HEALTH TREATMENT; ___ PAY COST OF TREATMENT
( ) PARTICIPATE IN ANGER MANAGEMENT
( ) PARTICIPATE IN HOME CONFINEMENT PROGRAM FOR) _____ WITH MONITORING
( ) PERMITTED TO WORK, ATTEND CHURCH OR OTHER APPROVED ACTIVITIES
( ) MAINTAIN TELEPHONE WITHOUT SPECIAL FEATURES; NO CORDLESS PHONE
( ) PAY COSTS OF ELECTRONIC MONITORING
( ) SERVE INTERMITTENT CONFINEMENT FOR A PERIOD OF _____ DAYS
    ( ) TO BE SERVED ON WEEKENDS;
    ( ) TO BE SERVED AS DIRECTED BY THE PROBATION OFFICER
( ) MOTOR VEHICLE RESTRICTION, FOR _____
( ) PROVIDE PROBATION OFFICER WITH ACCESS TO FINANCIAL INFORMATION
( ) DEFT'S VEHICLE TO BE EQUIPPED WITH IGNITION INTERLOCK DEVICE FOR _____

OTHER: No drug testing / Non reporting probation report twice yr to prob officer to review payment (RESTITUTION) and any new criminal history

**BOND CONDITIONS**:

( ) RESIDENCE/TRAVEL RESTRICTED TO EDVA
( ) PRETRIAL SUPERVISION
( ) NO DRUGS, FIREARMS, ALCOHOL
( ) MAINTAIN/SEEK EMPLOYMENT
( ) AVOID CONTACT WITH POTENTIAL WITNESSES, VICTIMS, ETC
( ) SUBSTANCE ABUSE TESTING         ( ) SUBSTANCE ABUSE TREATMENT
( ) ELECTRONIC MONITORING            ( ) PAY COSTS
( ) SOBRIETOR                        ( ) PAY COSTS
( ) 3RD PARTY CUSTODIAN _____
( ) MAINTAIN CONTACT WITH ATTORNEY
( ) SURRENDER PASSPORT         ( ) OBTAIN NO PASSPORT OR OTHER TRAVEL DOCUMENT
( ) IF DEFT PLEADS GUILTY OR FOUND GUILTY REPORT TO PO
( ) MAY REPORT TO AUSA AS LONG AS ATTORNEY IS PRESENT
( ) REMAIN INSIDE AND MAY ONLY LEAVE WITH APPROVAL OF PRETRIAL
( ) CUSTODIAN MUST IMMEDIATELY REPORT ANY VIOLATION TO PRETRIAL SERVICES

ADDITIONAL CONDITIONS ( ):
_____
_____
_____
_____
_____
_____
_____