Prob 35 (Rev. 05/01)
VAE (Rev. 05/17)

Report and Order Terminating Probation
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.  Crim. No. 3:16MJ00178-002

WILLIAM E. HALL, SR.

On July 25, 2016, the above-named defendant was placed on probation for a period of five (5) years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

Edward J. Allen
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this 17th day of September, 2018.

/S/
David J. Novak
United States Magistrate Judge

The Honorable David J. Novak
United States Magistrate Judge

**TO CLERK'S OFFICE**